March 27, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

LADONDRELL MONTGOMERY, Appellant

NO. 14-11-01007-CR                    V.

THE STATE OF TEXAS, Appellee
_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on November 16, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.